# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dreams USA, Inc. ) | |
| ) | Case No. 24-cv-779 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey Cole |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Dreams USA, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 224 | kaixinguonian | A1389LTSHL3VUG |
| 236 | Kawaii Empire | A1HGCFZ5E73ABT |
| 265 | GoodME | A27FB0LCJPU1N8 |
| 271 | Night firefly | A2BXBNJ5OTIP57 |
| 290 | yale-shop | A35T8M4WQV88CB |
| 420 | puleihe1452099 | puleihe1452099 |
| 444 | QiActas General | 9668193403 |
| 470 | Best Life Shop | 6.34418E+14 |
| 479 | Eease | 101174982 |
| 490 | MYTAKEND | 101121017 |
| 491 | INSTAKA | 101130499 |
| 492 | MLINS | 101135401 |
| 495 | icolorfuled | 101225179 |
| 513 | Romansa | 101451127 |
| 514 | Bicheness | 101467587 |
| 516 | TOPBATHY | 101495757 |
| 520 | LWEEIN | 101527296 |
| 667 | Longyan Haozhuo Trading Co., Ltd | 12267 |

| 676 | Longyan City Chuanze Stationery Co., Ltd | 12389 |
|---|---|---|
| 682 | Shenzhen Huanjin Technology Co., Ltd | 7302 |

Dated: March 7, 2024

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com