# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Dreams USA, Inc. | ) | |
| | ) | Case No. 24-cv-779 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey Cole |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Dreams USA, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 233 | Salinre | A1BYWPPD7RC3JY |
| 239 | Strnek1 | A1KNALP21EJNDC |
| 250 | Wnesoza | A1RUF8FZQQAGRP |
| 259 | KSunYellow | A22AN0I1I7FPWQ |
| 261 | Wonderfulchoice616 | A247N3HHG0TU2Z |
| 263 | Ironctic | A24B79UAN02EUJ |
| 275 | LLART US | A2GI70B30QR50S |
| 276 | Clina-us | A2HVLYL8578Y5L |
| 280 | Axanbox | A2KSUFBEU4RN0E |
| 281 | Belamour | A2P4FKWZI12DOJ |
| 283 | DecorArt US | A2TZZKKNGAKU22 |
| 294 | Today Direct | A3BLQ3VINWZUY9 |
| 315 | 平定扰信商贸有限公司 | A9YQ4VYI4WEU1 |
| 321 | Aiterwu | AE0GVTX0GK9FR |
| 326 | Julykai8 | AKDJQKAOZ24AA |
| 401 | goodstobest | goodstobest |
| 417 | nicestore688 | nicestore688 |

| 425 | vinstew2 | vinstew2 |
|---|---|---|
| 454 | Lucky Koi | 32873189375 |
| 478 | Moobody | 101110473 |
| 480 | Sudi Store | 101178802 |
| 481 | Hengxinshuo | 101220228 |
| 482 | Mengmengyu | 101226048 |
| 485 | Fanhongtan | 101296366 |
| 487 | FAGINEY STORE | 101078489 |
| 489 | EOTVIA STORE | 101092219 |
| 497 | Qianzhuo Store | 101240933 |
| 498 | Likede Store | 101242576 |
| 500 | Zexumo Inc | 101267498 |
| 508 | Yijingan | 101302727 |
| 510 | Mingjingbo | 101331139 |
| 511 | Yingfei Store | 101340613 |
| 515 | Erprec | 101486817 |
| 517 | xiangjing | 101503000 |
| 519 | Huayunna | 101508255 |
| 551 | shanghaikangdi | 58b6d7c4cb842135d9221459 |
| 554 | Sunlu | 58de41ce5eb6cb56b281c3fc |
| 556 | chensihan951 | 58f840c7274e8f11d3ba1819 |
| 597 | onlyluckstore2025 | 5d9eead83f502142413ee076 |
| 636 | Shenzhen Ander Online Trading Co., Ltd | 8746 |
| 637 | Shenzhen Ander Online Trading Co., Ltd | 8790 |
| 638 | Shenzhen Ander Online Trading Co., Ltd | |
| 639 | Shenzhen Ander Online Trading Co., Ltd | seller4-16214 |
| 640 | Shenzhen Ander Online Trading Co., Ltd | seller5-16214 |
| 641 | Shenzhen Ander Online Trading Co., Ltd | seller6-16214 |
| 642 | Shenzhen Ander Online Trading Co., Ltd | seller7-16214 |
| 643 | Shenzhen Ander Online Trading Co., Ltd | seller8-16214 |
| 646 | Shenzhen Ander Online Trading Co., Ltd | seller11-16214 |
| 647 | Shenzhen Ander Online Trading Co., Ltd | seller12-16214 |

| 648 | Shenzhen Ander Online Trading Co., Ltd | seller13-16214 |
|------|----------------------------------------|-----------------|
| 649 | Shenzhen Ander Online Trading Co., Ltd | seller14-16214 |
| 650 | Shenzhen Ander Online Trading Co., Ltd | seller15-16214 |
| 651 | Shenzhen Ander Online Trading Co., Ltd | seller16-16214 |
| 652 | Shenzhen Ander Online Trading Co., Ltd | seller17-16214 |
| 654 | Shenzhen Ander Online Trading Co., Ltd | seller19-16214 |
| 655 | Shenzhen Ander Online Trading Co., Ltd | seller20-16214 |
| 656 | Shenzhen Ander Online Trading Co., Ltd | seller21-16214 |
| 658 | Shenzhen Ander Online Trading Co., Ltd | seller23-16214 |
| 659 | Shenzhen Ander Online Trading Co., Ltd | seller24-16214 |
| 660 | Shenzhen Ander Online Trading Co., Ltd | seller25-16214 |
| 661 | Shenzhen Ander Online Trading Co., Ltd | 8735 |
| 662 | Shenzhen Ander Online Trading Co., Ltd | seller27-16214 |
| 663 | Shenzhen Ander Online Trading Co., Ltd | seller28-16214 |
| 664 | Shenzhen Ander Online Trading Co., Ltd | seller29-16214 |
| 665 | Shenzhen Ander Online Trading Co., Ltd | seller30-16214 |
| 666 | Shenzhen Ander Online Trading Co., Ltd | seller31-16214 |
| 669 | Shenzhen Ander Online Trading Co., Ltd | seller34-16214 |
| 680 | Shenzhen Ander Online Trading Co., Ltd | 8736 |
| 710 | Shenzhen Ander Online Trading Co., Ltd | seller1-101087374 |
| 711 | Shenzhen Ander Online Trading Co., Ltd | 8742 |

Dated: April 4, 2024                    Respectfully submitted,

By:    _s/David Gulbransen/_
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        david@gulbransenlaw.com