IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dreams USA, Inc. ) | |
| ) | Case No. 24-cv-779 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey Cole |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Dreams USA, Inc. ("Dreams USA") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Dreams USA having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Dreams USA having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Dreams USA has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Dreams USA's federally registered trademarks (the "Dreams USA Trademarks") to residents of Illinois. In this case, Dreams USA has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Dreams USA Trademarks. *See* Docket No. 9, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Dreams USA Trademarks (U.S. Reg. No. 5652110).

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504) of the Dream USA copyrights: VA 2-133-287, VA 2-133-289, VA 2-133-290, VA 2-133-291, VA 2-133-292, VA 2-133-293, VA 2-133-295, VA 2-133-296, VA 2-133-297, VA 2-133-298, VA 2-133-299, VA 2-133-300, VA 2-133-301, VA 2-133-302, VA 2-133-303, VA 2-133-305, VA 2-133-306, VA 2-133-307, VA 2-133-309, VA 2-133-310, VA 2-133-311, VA 2-133-312, VA 2-133-313, VA 2-133-314, VA 2-133-315, VA 2-133-316, VA 2-133-317, VA 2-133-319, VA 2-133-321, VA 2-133-322, VA 2-133-323, VA 2-133-324, VA 2-133-325, VA 2-133-326, VA 2-133-327, VA 2-133-328, VA 2-133-330, VA 2-133-331, VA 2-133-332, VA 2-133-333, VA 2-133-334, VA 2-133-335, VA 2-133-336, VA 2-133-337,

VA 2-133-338, VA 2-133-436, VA 2-133-438, VAu 1-340-698, VAu 1-340-699, VAu 1-340-701, VAu 1-340-702, VAu 1-340-703, and VAu 1-340-705

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Dreams USA's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Dreams USA Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dreams USA product or not authorized by Dreams USA to be sold in connection with the Dreams USA Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dreams USA product or any other product produced by Dreams USA, that is not Dreams USA's or not produced under the authorization, control, or supervision of Dreams USA and approved by Dreams USA for sale under the Dreams USA Trademarks;

3

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Dreams USA, or are sponsored by, approved by, or otherwise connected with Dreams USA; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dreams USA, nor authorized by Dreams USA to be sold or offered for sale, and which bear any of Dreams USA's trademarks, including the Dreams USA Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), DHGate, JoyBuy, Walmart, Wish, and Shopify (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Dreams USA Trademarks; and

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Dreams USA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Dreams USA product or not authorized by Dreams USA to be sold in connection with the Dreams USA Trademarks.

3. Upon Dreams USA's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Dreams USA Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Dreams USA is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit Dreams USA Trademarks and/or Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify, are hereby released to Dreams USA as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify are ordered to release to Dreams USA the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Dreams USA has recovered full payment of monies owed to it by any Defaulting Defendant, Dreams USA shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Dreams USA identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Dreams USA may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten-thousand dollar ($10,000) surety bond posted by Dreams USA is hereby released to Dreams USA or its counsel, Law Office of David Gulbransen. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Dreams USA or its counsel.

This is a Default Judgment.

Dated: 5/2/2024

Elaine E. Bucklo
United States District Judge

7

## Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Yiwu Dingyi E-Commerce Co., Ltd. | 2dingyi |
| 2 | C&F Gifts Industrial Ltd. | 51bestsilicone |
| 3 | ABC (Shenzhen) Electronics Co., Ltd. | abc-electronics |
| 4 | Shenzhen Dingfuxuan Technology Co., Ltd. | aicool |
| 5 | Shenzhen Antiman Technology Co., Ltd. | antiman |
| 6 | Shenzhen Leshiya Industrial Co., Ltd. | apintl1 |
| 7 | Jilin Baiying Trade Co., Ltd. | baiyingtrade |
| 8 | Dongguan Bohao Electronic Technology Co., Ltd. | bohaodz |
| 9 | Dongguan Bonhere Plastic Products Co., Ltd. | bonsilicone |
| 10 | Shenzhen Chicyoo Technology Co., Ltd. | chicyoo |
| 11 | Shenzhen Chunbell Electronic Co., Ltd. | chuangbell |
| 12 | Yiwu Chuangqi E-Commerce Firm | chuangqibaihuo |
| 13 | Shenzhen Aocheng Electric Appliance Co., Ltd. | cnacd |
| 14 | Yiwu Chengding E-Commerce Co., Ltd. | cnywcd |
| 15 | Yidu Caidun Import And Export Factory | coloradogo |
| 16 | Shenzhen Hanchuan Industrial Co., Ltd. | cszhc |
| 17 | Shenzhen CWC Technology Co., Ltd. | cwc |
| 18 | Dongguan Xin Chuang Plastic Products Co., Ltd. | dgmiriat |
| 19 | Dongguan KMS Crafts & Gifts Industrial Co., Ltd. | dgmyd |
| 20 | Sheng Jie (Dongguan) Silicone Rubber Product Factory | dgshengjie |
| 21 | Dongguan Shengyan Industrial Co., Ltd. | dgszrubber |
| 22 | Yiwu City Ding Lu E-Commerce Firm | dinglu |
| 23 | Shenzhen Dijiao Industrial Co., Ltd. | djoey |
| 25 | Dongguan Dongrong Silicone Products Co., Ltd. | drsilicone |
| 26 | Yiwu Shanrun Toy Co., Ltd. | f2toy |
| 27 | Shenzhen Fendi Jewelry Co., Ltd. | fendi |
| 28 | Guangzhou Galltop Tech Co., Ltd. | galltop |
| 29 | Guangdong Lvyang Technology Co., Ltd. | gdlykj |
| 30 | Dongguan Lixing Electronic Technology Co., Ltd. | gdpromotionitem |
| 31 | Suzhou Getogether Sujiao Co., Ltd. | getogether |
| 32 | Dongguan Lucky Goldjyx Company Limited | goldjyx |
| 33 | Shenzhen Queenstech Co., Ltd. | greenmobipower |
| 34 | Dongguan Hengchang Silicone Products Co., Ltd. | hch2018 |
| 35 | Yiwu Hecheng Import & Export Co., Ltd. | hecheng-group |
| 36 | Shenzhen Hezhongxin Electronics Co., Ltd. | hezhongxin |
| 37 | Shenzhen Hongnuo Garment Trade Import And Export Co., Ltd. | hnfs |

| 38 | Zhongshan Honatop Technology Co.,Ltd. | honatop |
| --- | --- | --- |
| 39 | Shenzhen Hui Shi Da Technology Co., Ltd. | huishida |
| 40 | Shenzhen JITOP Electronics Technology Co., Ltd. | jitop-elec |
| 41 | Henan Kaidi Network Technology Co., Ltd. | kaidiwangluo |
| 42 | Dongguan Kingdom Of Crafts Co., Ltd. | kingdomgifts |
| 43 | Shenzhen Keda Technology Co., Ltd. | kinggard |
| 44 | Shenzhen Lanson Gifts Co., Ltd. | lanson-gifts |
| 45 | Shenzhen Limi Source Technology Co., Ltd. | limisource |
| 46 | Guangzhou Linke International Trade Co., Ltd. | linkeintl |
| 47 | Shenzhen Mantimelong Electronic Co., Ltd. | mantimelong |
| 48 | Huizhou Meka Technology Co., Ltd. | mekatech |
| 49 | Yiwu Xiaomeng Import And Export Co., Ltd. | mengqi2021 |
| 50 | Shenzhen Misonyo Industrial Co., Ltd. | misonyo |
| 51 | Shenzhen City Gaowangfei Technology Company Limited | myvishm |
| 52 | Dongguan OK Silicone Gift Co., Ltd. | oksiliconegift |
| 54 | Yiwu Qiaona Import & Export Co., Ltd. | qiaona |
| 55 | Dongguan Qingyu Electronic Technology Co., Ltd. | qingyuz |
| 56 | Yiwu City Qiyuan Trading Co., Ltd. | qiyuantrading |
| 57 | Yiwu Rishun Zipper Co., Ltd. | rishunlalian |
| 58 | Yichang Luoshi Trading Co., Ltd. | rosacase |
| 59 | Henan Shengcai Network Technology Co., Ltd. | shengcai6 |
| 60 | Dongguan Hero Shieldz Electronic Co., Ltd. | shieldz |
| 61 | Ningbo Suxing International Trade Co., Ltd. | so-shining |
| 62 | STAR LAPEL PIN CO., LTD. | starlapelpin |
| 63 | Huizhou Suan Technology Co., Ltd. | suansure |
| 64 | Shenzhen Sunxiangbao Electronic Co., Ltd. | sunbaofactory |
| 65 | Shenzhen Bvanki Technology Co., Ltd. | szbvanki |
| 66 | Shenzhen Huacheng Mingzhu Technology Co., Ltd. | szhcmz |
| 67 | Shenzhen Jiuzhoushenlu Foreign Trade Co., Ltd. | szjzsl |
| 68 | Shenzhen Maxoc Ltd. | sznewjl |
| 69 | Shenzhen Yixin Trading Co., Ltd. | szyixin88 |
| 70 | Shenzhen Tenorange Trading Ltd. | tenorange |
| 71 | Shenzhen Universal Through Technology Co., Ltd. | through |
| 72 | Shenzhen Topgame Trade Co., Ltd. | topgamechina |
| 73 | Shenzhen Webester Technology Co., Ltd. | webester |
| 74 | Shenzhen Xilai International Technology Co., Ltd. | xilai-electronic |
| 75 | Guangzhou Xingyue Commerce Co., Ltd. | xingyuesilicone |
| 76 | Shenzhen Xin Li Li Technology Co., Ltd. | xinlilitech |
| 77 | Dongguan Xukai Handicrafts Co., Ltd. | xukai |

| | | |
|---|---|---|
| 78 | Shenzhen Yino Information Technology Co., Ltd. | yinotech |
| 79 | Dehua Yiqu Crafts Co., Ltd. | yiqucraft |
| 80 | Shenzhen Yps Electronics Co., Ltd. | ypselectronic |
| 81 | Yiwu Dingkun E-Commerce Co., Ltd. | ywdingkun |
| 82 | Yiwu Dingqiang Clothing Firm | ywdinqiang |
| 83 | Yiwu Naxin Import & Export Co., Ltd. | ywnaxin |
| 84 | Shenzhen ZS Tonda Technology Co., Ltd. | zstonda |
| 85 | 3C Global Store | 1100462792 |
| 86 | HKYRD_Store Two Store | 1100582103 |
| 87 | M&E Store | 1100666249 |
| 88 | eclankon Store | 1100781754 |
| 89 | TCStore | 1100826845 |
| 90 | YR Store | 1100829542 |
| 91 | Laikeet Specialty Store | 1100888268 |
| 92 | Global Sourcing Direct Store | 1100901567 |
| 93 | Shop1380625 Store | 1100923081 |
| 95 | Internation Trading Store Store | 1101010317 |
| 96 | EASY BIG Official Store | 1101048193 |
| 97 | Andy Lucky Star Market | 1101073646 |
| 99 | Intelligent homes&Camera Accessories Store | 1101205335 |
| 100 | GISIGN Toy Store | 1101246146 |
| 101 | Kitchen Supplies Dropshipping Store | 1101252844 |
| 102 | TTXS 3C Store | 1101253884 |
| 103 | Wildcard 365 Store | 1101254630 |
| 104 | You Design Store | 1101268711 |
| 105 | Shop Babytoy Store | 1101281776 |
| 106 | Momm's loveing Store | 1101284553 |
| 107 | E-Far Store | 1101297660 |
| 108 | INDUCTANCE Store | 1101315120 |
| 109 | China 3C Digital Store | 1101322169 |
| 110 | FFFAS Cable Animal Bite Store | 1101323017 |
| 111 | Sand carving electronics1412 Store | 1101324002 |
| 112 | MJ CCC Store | 1101324080 |
| 113 | Giftwit-2 Store | 1101340630 |
| 114 | Global-Dropshipping Store | 1101349535 |
| 115 | Shop5370096 Store | 1101356467 |
| 116 | Bset toy Store | 1101363358 |
| 117 | LINKPIN Store | 1101372499 |
| 118 | Science Fiction Store | 1101379858 |

| | | |
|---|---|---|
| 119 | 3c-mask dropship Store | 1101380180 |
| 120 | ACNH Store | 1101383368 |
| 121 | AUBESS House Store | 1101383577 |
| 122 | New 4 Dimensions Store | 1101385890 |
| 123 | Enjoying Dripping OLNYLO Factory Store | 1101398063 |
| 124 | FUYUN E-Zone Store | 1101399370 |
| 125 | World Mousepad Store | 1101410955 |
| 126 | My-favorite Store | 1101416702 |
| 127 | TopSlime Store | 1101420766 |
| 128 | E-lectronic Parts Store | 1101434428 |
| 129 | Willian Store | 1101435362 |
| 130 | Incomparable Accessories Store | 1101449109 |
| 131 | Professional Electron Store | 1101495321 |
| 132 | CrazJoy Store | 1101501388 |
| 133 | Chilploby Store | 1101503728 |
| 134 | Organization Dropship Store | 1101542841 |
| 135 | Wadermoon Store | 1101546107 |
| 136 | Good Digital Dropshipping Store | 1101546820 |
| 137 | Bestyo33 Store | 1101557450 |
| 138 | Li Light BE B0735 Store | 1101561625 |
| 139 | Shop911263039 Store | 1101589751 |
| 140 | YY Electrical Store | 1101604129 |
| 141 | Century Toy City Store | 1101616830 |
| 142 | Daily 3C-Accessory Store | 1101657045 |
| 143 | PKMH Stationery Store | 1101661763 |
| 144 | SMALL STORE Store | 1101668822 |
| 145 | New Tech Digital Store | 1101690455 |
| 146 | gary tech store Store | 1101705075 |
| 147 | YASUSEZ Accessories Store | 1101732391 |
| 148 | Hoppipolla Store | 1101748017 |
| 149 | AZ Electron Store | 1101749220 |
| 150 | 3C--Life Store | 1101753460 |
| 151 | Disney Earphone Cover Store | 1101770585 |
| 152 | CQ Digital Products Store | 1101802255 |
| 153 | ELECOOL Store | 1101802886 |
| 154 | 3C-King Store | 1101804621 |
| 155 | Stylish Earphone Box Store | 1101825024 |
| 156 | WEIBAO Phonecase Store | 1101876382 |
| 157 | CHFXF Store | 1101914823 |

| 158 | world58 Store | 1101956920 |
| --- | --- | --- |
| 159 | Elec Drop Shipping Store | 1101963888 |
| 160 | Shop1100033162 Store | 1101978782 |
| 161 | DOLANBIA Official Store | 1101998660 |
| 162 | WOYOU100W Phonecase Store | 1102025967 |
| 163 | JOYLIV Store | 1102152265 |
| 164 | Shop1102188060 Store | 1102189045 |
| 165 | Hotluck Stationery Store | 1102209062 |
| 166 | CoRui-Retail Store | 1102215886 |
| 167 | CORUI TECH Store | 1102282622 |
| 168 | Smart Your Home Store | 1102282624 |
| 169 | CoRui SmartHome Store | 1102303230 |
| 170 | Marvel Toys Store | 1102409231 |
| 171 | RYRA Super Value Store | 1102436297 |
| 172 | Shop1102441347 Store | 1102437430 |
| 173 | Shop1102442545 Store | 1102441602 |
| 174 | RYRA 3C Direct Store Store | 1102442199 |
| 175 | Shop1102436936 Store | 1102442821 |
| 176 | Linktofun Store | 1102475108 |
| 177 | Shop1102511979 Store | 1102508987 |
| 178 | Goodies Discount Store | 1102536049 |
| 179 | LSLANSOON Luck House Official Store | 1102553216 |
| 180 | Intelligent Products Smart Store | 1102560011 |
| 181 | VoltMart Store | 1102635495 |
| 182 | Stationery Store | 1102652332 |
| 183 | Wandou-Digital Store | 1102655089 |
| 184 | Shop1102668765 Store | 1102669692 |
| 185 | China 3C Digital Store | 1102673848 |
| 186 | Shop1102685356 Store | 1102683409 |
| 187 | CJ Consumer Electronics Store | 1102709334 |
| 188 | Shop1102732012 Store | 1102726913 |
| 189 | You Found Me Store | 1102728112 |
| 190 | Shop1102737204 Store | 1102731251 |
| 191 | Have A Good Day Store | 1102732644 |
| 192 | Consumer Electronics Smart Store | 1102735668 |
| 193 | Hot Electronic Product Store | 1102751051 |
| 194 | Gobal Electronic Product Store | 1102753298 |
| 195 | 3C Digital Produst Store | 1102753599 |
| 196 | Shop1102763120 Store | 1102763121 |

| 197 | YOUHUI Intelligent Digital Store | 1102771228 |
|---|---|---|
| 198 | ZhenBaoShi Global Store | 1102789016 |
| 199 | E Hub Store | 1102794681 |
| 200 | E-Education Store | 1102802482 |
| 201 | Shop1102809214 Store | 1102810222 |
| 202 | DigRepair Global Shop Store | 1102820727 |
| 203 | Shop1102821692 Store | 1102821693 |
| 204 | Shop1102824714 Store | 1102822528 |
| 205 | Shop1102821684 Store | 1102824701 |
| 206 | Shop1102824704 Store | 1102824705 |
| 207 | Seventeen17 Store | 1102826270 |
| 208 | Shop1102841737 Store | 1102839752 |
| 209 | Action Figure Collectible Model Toy Supermarket Store | 1102861883 |
| 210 | Computer Phone Accessory Store | 1102876032 |
| 211 | Shop1102891815 Store | 1102890823 |
| 212 | Pink Opps Store | 1102935539 |
| 213 | Rose Moon Store | 1102959114 |
| 214 | Office Daily Store | 1102963941 |
| 215 | Hunsuo Home Store | 1102978672 |
| 216 | Learning Home Store | 1102991321 |
| 217 | Mx Stationer Store | 1103011299 |
| 218 | Digital Bay Store Store | 1103014065 |
| 219 | Forever Stationery Store | 1103037854 |
| 220 | Shop1103042431 Store | 1103045464 |
| 221 | Shop1103151475 Store | 1103130974 |
| 223 | pianzhang | A12FSZK9W4TQA4 |
| 226 | Loose ooze | A14DCXT0CZRDUW |
| 227 | hefeipeikongshangmaoyouxiangongsi | A157YTNC9I2NFV |
| 231 | chaoshuangjiang | A1BSGGHSDD6CZB |
| 232 | Sylana LCC | A1BW2QPH3GUO3E |
| 238 | angShangMaoYouXianGon | A1JKP37G1DA0DI |
| 240 | zhendejiabuliao | A1LG7AA4I1S8LO |
| 241 | XY Accessory | A1M23C7NGV75ZJ |
| 243 | Addyzhaocai | A1ORVFKYGOZGJ9 |
| 245 | FanChoice | A1PSD5FI7BM69M |
| 246 | lleey | A1QGCCGESC9UGO |
| 247 | QiaoHongYe | A1QWK3LVX08URW |
| 248 | wangxiaoxinrui | A1RLLASYM5BC0B |
| 249 | COVS Adapter Store | A1RRT2TD5RK74V |

| 252 | wain | A1U239VKIRKVXT |
|---|---|---|
| 253 | Denny Carl | A1W256CTIP8ZN9 |
| 256 | LL-beans | A1Z482OEW8H80T |
| 260 | BIOWN | A23LBHW46C5266 |
| 264 | Heitiliamu | A24UM2101WBCXT |
| 267 | yangxianpingstore | A29AQOU3BD6P7J |
| 274 | Doxwater Brand Store | A2FACHTUUFJIHE |
| 278 | Sicanal | A2IK5NQYVE0JJB |
| 282 | camybb | A2S3Z33INUJ24L |
| 289 | ShenZhenShiChaoRuiXinKeJiYouXianGongSi | A34XDS1D5V1RD8 |
| 295 | BOTOUSHIZHIJIANMEIJIADIAN | A3CC7N43AGZIAB |
| 298 | LongYanZunXiangMaoYiYouXianGongSi | A3DE6X6S2HS4NG |
| 301 | Sepyo | A3KV27PPDD1K56 |
| 303 | zhenyangx | A3QXOHJZXP22FB |
| 306 | DIAS128 | A3TPT6ATUOMRTT |
| 307 | JIXIANGgege | A3TW6NOFB5QB8W |
| 308 | wangbeibeikj | A3V2H7I5KDY3VK |
| 309 | Zllh | A3VRISCNSD98YQ |
| 310 | yun cheng xi le mao yi you xian gong si | A56PQ34O93DH5 |
| 312 | YiJia TRADING | A7ODPQ59RE84U |
| 314 | Bchen | A8DFG276VXPJW |
| 316 | zhijiangshizhuanhuishangmaoyouxianzerengongsi | AAMLHCBGTVFP4 |
| 319 | Flyfuture | AC6WTG33OG89I |
| 322 | SHUNLIli | AE5AHIVIAQK0Y |
| 327 | klakier | AL2Y2K3FZVWZ7 |
| 329 | Haixiang Shop | AN3G4X14PUV5E |
| 334 | huirongdianqi | ATJLR2VI63B2E |
| 338 | lcxmybhd | AYQVEW31XDTVI |
| 339 | china-daily | 14154065 |
| 340 | Cyberstore Official Store | 14497819 |
| 341 | Chinese Jade shop | 14499374 |
| 342 | Enjoy Purchase | 14773999 |
| 343 | henly520 | 15190761 |
| 344 | SKYLET | 19741117 |
| 347 | anyled | 20166381 |
| 348 | blacktech | 20181988 |
| 349 | Beautiful666 | 20261679 |
| 350 | dream_high68 | 20710387 |
| 351 | trglobal | 20751423 |

| | | |
|---|---|---|
| 352 | st2017 | 20752523 |
| 353 | factoryglobal | 20832646 |
| 354 | trust4u | 20945806 |
| 355 | sublimation_store | 21087616 |
| 356 | besgo homedecor | 21167617 |
| 357 | cccfactory | 21216851 |
| 358 | hc_network | 21221576 |
| 359 | gate_yhy | 21222288 |
| 360 | esund05 | 21272799 |
| 361 | party2000 | 21330827 |
| 362 | topwholesalerno5 | 21460118 |
| 363 | topwholesalerno1 | 21460422 |
| 364 | packing2010 | 21578680 |
| 365 | yh2020 | 21587971 |
| 366 | sports2010 | 21595117 |
| 367 | lineshopping | 21597941 |
| 368 | aaashops | 21629017 |
| 369 | trencool | 21635339 |
| 370 | lonyeebaba | 21647539 |
| 371 | Giftstore2021 | 21685234 |
| 372 | joxin99 | 21714129 |
| 373 | goodlifefactory | 21726846 |
| 374 | ubestfactory | 21746113 |
| 375 | ubestfactory2021 | 21746115 |
| 376 | PDD Store | 21780131 |
| 377 | fansummer | 21804919 |
| 378 | networkstore001 | 21808463 |
| 379 | nice_good_top | 21890200 |
| 380 | advantage11 | 21930029 |
| 381 | aerialtv | aerialtv |
| 384 | babut-1293 | babut-1293 |
| 386 | bevilles*jv93ka | bevilles*jv93ka |
| 387 | Cadorabo-Shop | Cadorabo-Shop |
| 390 | cosplaymix2011 | cosplaymix2011 |
| 391 | dasapr-1 | dasapr-1 |
| 394 | DurableToolShop | DurableToolShop |
| 395 | egriyshop | egriyshop |
| 396 | eventficshop | eventficshop |
| 397 | firstgolbalgoods | firstgolbalgoods |

| 398 | fjenten | fjenten |
|---|---|---|
| 400 | gagerate | gagerate |
| 402 | Home-Shop24-7 | Home-Shop24-7 |
| 405 | jacquel498 | jacquel498 |
| 408 | kedtrllope | kedtrllope |
| 409 | kemppte | kemppte |
| 410 | kuaixinse | kuaixinse |
| 411 | lihinm | lihinm |
| 412 | lumoz28 | lumoz28 |
| 413 | mikayl_15 | mikayl_15 |
| 415 | moriyasu | moriyasu |
| 418 | oxwelle | oxwelle |
| 419 | ozkangaroo1 | ozkangaroo1 |
| 422 | shamarlal-15 | shamarlal-15 |
| 423 | SilkTik | SilkTik |
| 427 | youngmallstore | youngmallstore |
| 428 | zeroichi_japan | zeroichi_japan |
| 430 | BenshopAT | BenshopAT |
| 433 | Suzhouyinshimaoyiyouxiangongsi | 16115 |
| 436 | 24loop | 24loop.com |
| 437 | bigamart | bigamart.com |
| 439 | kikmarkt | kikmarkt.com |
| 445 | boojeebuy | boojeebuy.com |
| 446 | ceinto | ceinto.com |
| 447 | khayie | khayie.com |
| 448 | odditygate | odditygate.com |
| 449 | thegosss | thegosss.com |
| 450 | Jmx | 1.22688E+11 |
| 451 | XHSJS | 1.29002E+11 |
| 452 | Relaxtoo | 1628012018 |
| 453 | Blue wing | 3.04484E+12 |
| 455 | Cozinha pet | 3.78548E+11 |
| 456 | zhangzhipeng | 4.67819E+12 |
| 457 | Maiwey | 58036947168 |
| 458 | Bobw | 6.07759E+12 |
| 459 | MMTX | 6.34418E+14 |
| 460 | YUMQUA | 6.34418E+14 |
| 462 | XiJia XiaoPu | 6.34418E+14 |
| 463 | Replacing Phone Parts | 6.34418E+14 |

| | | |
|---|---|---|
| 464 | JiWenMan | 6.34418E+14 |
| 467 | FortuneCat | 6.34418E+14 |
| 469 | Bodin picks the best | 6.34418E+14 |
| 472 | Creativity Treasury | 6.34418E+14 |
| 473 | QUALITY LIFES | 6.34418E+14 |
| 475 | CaiyuanYIjin | 6.34418E+14 |
| 476 | Octpeak Store | 101043406 |
| 477 | Wanyihong STORE | 101092183 |
| 483 | Z,Äòs Household Co. Ltd | 101229002 |
| 484 | Bolai Co.Ltd | 101229928 |
| 486 | Mingweike Store | 101303943 |
| 488 | HILITAND | 101078547 |
| 494 | Myclong | 101209615 |
| 496 | abatement | 101232888 |
| 501 | Hongkun Trading Co., Ltd. | 101273034 |
| 502 | Canyi | 101282362 |
| 504 | Ouqing | 101296500 |
| 505 | Hamiiimisi | 101296547 |
| 507 | Wanghero | 101302606 |
| 512 | Shangliuke | 101361782 |
| 521 | QIUSNANB | 101530833 |
| 522 | LZYMSZ | 101538318 |
| 523 | jun's department store | 53ce81b346188e4d63ad0122 |
| 524 | xt999 | 545a20dd3dabbe795560a290 |
| 525 | like188 | 547abf3f9719cd0a92b938d8 |
| 526 | liliana shop | 557959c554cb1119f8df1f0c |
| 527 | Han's city | 55c8924daac03f7190859b93 |
| 528 | mengsheep | 5642faa6a581594edd4b6102 |
| 529 | mirrorday | 564301823a698c5ca393a454 |
| 530 | LGC International | 564ee7ddc0f55a49ba34ce7d |
| 531 | Fashion accessory store | 56c42fb6af6cbb6dc9379234 |
| 532 | Shanghai Oriental jewelry group co., LTD | 56fe90445cbb5a219d496c64 |
| 533 | shihuanjing | 5721a1a643800e5973c56e3e |
| 534 | wipower | 572d8aeaf5c42662e746dde2 |
| 535 | dakee | 573050ba82e7b75978ea957c |
| 536 | koully | 57342334ef77745f2e9e9d96 |
| 537 | delichi | 5779dbac3a698c5c12848740 |
| 538 | kongfukid | 57874a860a4c900b2be34c44 |
| 539 | chaoneng | 579081d9d057a305aa6b6372 |

| 540 | Delight trade mall | 57da489521dd1f45c4b75be7 |
|---|---|---|
| 541 | martin.smith | 581e0b394199ad49743d77b9 |
| 542 | MusHTOfamliy | 58397fc205c74a1c55cebb1a |
| 543 | zhaofang | 5840efc0fef4096d0caa9219 |
| 544 | tiancong | 5840f04134599a698571b66b |
| 545 | Mazey Store | 584134dd879d36699583d29b |
| 546 | fengdandan | 58414aa61b0dde4d407dc942 |
| 547 | niucuiping | 5844379e15ac504e9991b1e7 |
| 548 | chengjieKISS | 584c17e46cdb114d53423e07 |
| 549 | Siancs Electronics Store | 584d3e10c2d1be4cb0808ee6 |
| 550 | Domestic Platypus | 58b27d3d2a5b2e5cad936a0f |
| 552 | peronality | 58bba7f510757d510d030e41 |
| 553 | Jo's Store | 58d771f008111752afcb4866 |
| 555 | Betreasure | 58f5ebabd6498224bcb5de9c |
| 557 | First Dream Store | 5909d772f3b0293d6c708568 |
| 558 | idleland | 59316ab6ad56b204be989ae0 |
| 559 | DDAYUP | 59355ee39dc28c4ed3816dc7 |
| 560 | babyshishang | 593617b07c6494123e4a306a |
| 561 | ffashion | 5944dad7e81e8a062427a267 |
| 562 | Snow chrysanthemum | 59707c408a43d2365708d1c1 |
| 563 | TTdiy | 59bd2e0abf25532c18c75c5e |
| 564 | funeveryday | 59c22e43b77173721769dad8 |
| 565 | LBJ23 | 59d7a463cea34b7bfac60f61 |
| 566 | Aletter | 59e6aa4d3eb22a45cf0e60f2 |
| 567 | jjef | 59f423720f193f525e8bc23b |
| 569 | skzyouth0102 | 5a337e8bddda8c1076a27dcb |
| 570 | 20171219 | 5a387900ddda8c3f1aa27dd4 |
| 571 | ZHIXIAN001 | 5a98f129c798170a31b10c4f |
| 572 | wangchengshop | 5abc8e15db5f1f5a7425c9b3 |
| 573 | huyandandan | 5acb3b5f22fad74cd258dc81 |
| 574 | salya134 | 5b02431a651e616f62cdf163 |
| 575 | furongxiaopu | 5b39b78d8584ad29822baf2d |
| 576 | peng88fangliang | 5b88c4e2fb1d760938e741ff |
| 577 | Li-Du-Ta | 5bc4a9558bef6f411b8adbc0 |
| 578 | Txy19 | 5c14a4fa6a40ad6f77013b49 |
| 579 | justyouonly101 | 5c6e767214165728bdf5e0be |
| 580 | AntonS Store | 5d3d78c3e13a7e1edaf35c3e |
| 581 | 8-yanni | 5d3ec0006c2a2905ccaf28bf |
| 582 | roseci | 5d3f02b583889779000ea321 |

| 583 | bigliang | 5d3fb40872b0c917df7509ca |
|---|---|---|
| 584 | Dorisss Store | 5d3ffcbefe55c8692cd99700 |
| 585 | Green Snake Xiaohu's Shop | 5d4680518388974e40042fe5 |
| 586 | FLYOS | 5d495dc670327a556ab8e16b |
| 587 | JUNHAHA | 5d4adae38388975528bac222 |
| 588 | xiaqiuping123 | 5d4d5d5215275440007ebcc7 |
| 589 | tingsoft | 5d4e6eeb3db43e1c047f1238 |
| 590 | liguilian2019 | 5d4f6f435d0ed932c905a1cb |
| 591 | meishicheng | 5d4f9f511d9a8e23ba311288 |
| 592 | huang9801 | 5d55211641ed515283cd7510 |
| 593 | needway | 5d5e4edcb2056a2e50092627 |
| 594 | NOAH'S SHOP | 5d5e6a0e1377315f5085a7da |
| 595 | okcyy | 5d65021027367879c2adf299 |
| 596 | Butterfly Wings Dress | 5d8072fd8c8dc7042eca2497 |
| 598 | maowenxin | 5dabefdb8f3ae53f394f9416 |
| 599 | zhan1314ji | 5db1bae53ae5c712fc8e8809 |
| 600 | chenfeiron | 5db1c3eb257aef1b404f8aeb |
| 601 | Laibacomba | 5db9047a3b15c80600a87d0f |
| 602 | majingchen123 | 5dca8e1029e7862dc3099bbe |
| 603 | wuzhiyuan-aa | 5dce4dae37f7e200b220a744 |
| 604 | Dal√≠ Valenzuela | 5debd2a93c83371f61306eb9 |
| 605 | wen2020 | 5e09934c34dc250026e183f7 |
| 606 | zarowpivnf | 5e1426449787b332806b57e5 |
| 607 | wenlong department | 5e2eb3c2eed508772ba2f593 |
| 608 | binrong department | 5e55f394d27c433a7c411f6a |
| 609 | zhiongjia | 5e5f5692cdcece01bd820037 |
| 610 | NaishaofeijiaojR | 5e6ca6956bab200682b7d9c6 |
| 611 | aldrio64222dias | 5e6d08c3b27484b144c14372 |
| 612 | xiaofeng department | 5e842ba729e78658a9fb5ee9 |
| 613 | ttccssxzz | 5e8ed3ddd54a75196d6af71d |
| 614 | dan happy | 5e8fd87740b0350ff11b4e3f |
| 615 | Sandra roblesyy | 5e97cdac0da32219a00eda29 |
| 616 | yaoyaobaibaoge | 5eb2be22ea03000fc043f4db |
| 617 | cxbcydfh | 5eddb767e33c2f0f812f4b43 |
| 618 | yanggaofang117 | 5ee0c0901864edab43d94f7e |
| 619 | Lu Personalized Jewelry | 5f6ad0a5bf46104540c296c2 |
| 620 | showstopper | 5f8dd7cb19a61a6657f6c102 |
| 621 | zhaoyan1513 | 5faa4ebc3eadd62efbc71c0c |
| 622 | Alisha One | 5fbfb30adca71b04d568e9fb |

| 623 | Henry 65 | 5fcc8c901efa448c1b53879e |
|---|---|---|
| 624 | bocovetock | 5fda7fd7cb13b47712a7dbad |
| 625 | shuyueling0895 | 60137501aaff5e201206c995 |
| 626 | Midian Trade | 603f28ae4cf5314dd8fdc52c |
| 627 | LIxiang shops | 604421fe2d08b74d25e0e8a8 |
| 628 | rrongya | 60518e02471c013b67911a9e |
| 629 | liwenxuan5479 | 60bc75f7cd70a9adfeac216f |
| 630 | Cameronyez | 61226aca576d9381aab34fab |
| 631 | 20210902 | 61307c71c0c1a98538359096 |
| 632 | Case & Covers Store | 6146fd3d75c9909c8cb97107 |
| 633 | FromCalifornia | 6185deffaea2b30f08ff832f |
| 634 | PALHA GROSSA | 61e41e098f2b38c87b496745 |
| 635 | DATA FROG Official Store | 6257fdbc1cf1ed174dc1269f |
| 645 | Shenzhen Yunyi Intelligent Network Co., Ltd | 14050 |
| 670 | Shenzhen Haopamei Technology Co., Ltd | seller35-16214 |
| 687 | Shenzhen Hongfu Wuzhou Technology Co., Ltd | seller14-18988 |
| 688 | Shenzhen Huanjin Technology Co., Ltd | seller15-18988 |
| 689 | Shenzhen Huanjin Technology Co., Ltd | seller16-18988 |
| 691 | Shenzhen Huanjin Technology Co., Ltd | seller18-18988 |
| 693 | Shenzhen Huanjin Technology Co., Ltd | seller20-18988 |
| 700 | Longyan City Chuanze Stationery Co., Ltd | seller27-18988 |
| 701 | Shanghai Yiting Trading Co., Ltd | seller28-18988 |
| 702 | Shenzhen Xiangruilin Trading Co., Ltd | 9090 |
| 707 | Shenzhen Hongfu Wuzhou Technology Co., Ltd | 14393 |
| 712 | Shenzhen Huixi Technology Co., Ltd | 14088 |
| 714 | Shenzhen Caishenglongsi Trading Co., Ltd | seller3-101118004 |