# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Dreams USA, Inc.

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A

Case No. 24-cv-779

Judge: Hon. Elaine E. Bucklo

Magistrate: Hon. Jeffrey Cole

## MOTION TO DISMISS PURSUANT TO FRCP 60(b)(5)

The Plaintiff, having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 6 | Shenzhen Leshiya Industrial Co., Ltd. | apintl1 |
| 8 | Dongguan Bohao Electronic Technology Co., Ltd. | bohaodz |
| 10 | Shenzhen Chicyoo Technology Co., Ltd. | chicyoo |
| 12 | Yiwu Chuangqi E-Commerce Firm | chuangqibaihuo |
| 14 | Yiwu Chengding E-Commerce Co., Ltd. | cnywcd |
| 17 | Shenzhen CWC Technology Co., Ltd. | cwc |
| 21 | Dongguan Shengyan Industrial Co., Ltd. | dgszrubber |
| 35 | Yiwu Hecheng Import & Export Co., Ltd. | hecheng-group |
| 38 | Zhongshan Honatop Technology Co.,Ltd. | honatop |
| 40 | Shenzhen JITOP Electronics Technology Co., Ltd. | jitop-elec |
| 43 | Shenzhen Keda Technology Co., Ltd. | kinggard |
| 51 | Shenzhen City Gaowangfei Technology Company Limited | myvishm |
| 54 | Yiwu Qiaona Import & Export Co., Ltd. | qiaona |
| 57 | Yiwu Rishun Zipper Co., Ltd. | rishunlalian |
| 62 | STAR LAPEL PIN CO., LTD. | starlapelpin |
| 69 | Shenzhen Yixin Trading Co., Ltd. | szyixin88 |
| 75 | Guangzhou Xingyue Commerce Co., Ltd. | xingyuesilicone |
| 79 | Dehua Yiqu Crafts Co., Ltd. | yiqucraft |
| 395 | egriyshop | egriyshop |
| 396 | eventficshop | eventficshop |

| 398 | fjenten | fjenten |
|---|---|---|
| 400 | gagerate | gagerate |
| 408 | kedtrllope | kedtrllope |
| 409 | kemppte | kemppte |
| 410 | kuaixinse | kuaixinse |
| 415 | moriyasu | moriyasu |
| 427 | youngmallstore | youngmallstore |
| 699 | Guangzhou Dingbao E-commerce Co., Ltd | 7376 |

which satisfies the terms of the previous judgment, files this motion pursuant to FRCP 60(b)(5) to dismiss them from the suit without prejudice.

Dated this 3rd Day of May 2024.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　　s/David Gulbransen/
　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　　David Gulbransen (#6296646)
　　　　　　　　　　　　　　　　　　　　Law Office of David Gulbransen
　　　　　　　　　　　　　　　　　　　　805 Lake Street, Suite 172
　　　　　　　　　　　　　　　　　　　　Oak Park, IL 60302
　　　　　　　　　　　　　　　　　　　　(312) 361-0825 p.
　　　　　　　　　　　　　　　　　　　　david@gulbransenlaw.com