IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Dreams USA, Inc. | ) | |
| --- | --- | --- |
| | ) | Case No. 24-cv-779 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey Cole |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**MOTION TO DISMISS PURSUANT TO FRCP 60(b)(5)**

The Plaintiff, having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
| --- | --- | --- |
| 415 | moriyasu | moriyasu |

which satisfies the terms of the previous judgment, files this motion pursuant to FRCP 60(b)(5) to dismiss them from the suit with prejudice.

Dated this 7th Day of May 2024.          Respectfully submitted,

                                         By:    s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record
                                                Counsel for Plaintiff

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                david@gulbransenlaw.com