**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dreams USA, Inc. ) | |
| ) | Case No. 24-cv-779 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey Cole |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**MOTION TO DISMISS PURSUANT TO FRCP 60(b)(5)**

The Plaintiff, having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 65 | Shenzhen Bvanki Technology Co., Ltd. | szbvanki |
| 464 | JiWenMan | 634418210949651 |

which satisfies the terms of the previous judgment, files this motion pursuant to FRCP 60(b)(5) to dismiss them from the suit without prejudice.

Dated this 9th Day of May 2024.   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com